# Board of Revenue Jefferson County *v.* State, *ex rel.* Wiley.

### Quo Warranto.

(Decided February 15, 1917.   74 South. 364.)

**Constitutional Law; Coroners; Qualifications; Equal Protection.**—Acts 1915, p. 858, requiring that in certain counties the person elected coroner must be a practicing physician in good standing is not unconstitutional as denying equal protection of the law.

APPEAL from Jefferson Circuit Court.

Heard before Hon. H. A. SHARPE.

[Schloss-Sheffield S. & I. Co. v. Harris.]

Quo warranto by the State on the relation of C. C. Wiley against the board of Revenue of Jefferson County. Judgment for relator and respondent appeals. Affirmed.

W. K. Terry and Richard H. Fries for appellant. London, Yancey & Brower contra.

ANDERSON, C. J.—The sole question argued for decision upon this appeal is the constitutionality vel non of Acts 1915, p. 858, prescribing the qualifications of coroners in counties there provided, and upon the ground that that part of the act prescribing that the person elected must be a practicing physician in good standing denies equal protection of the law, and falls within the influence of the case of *Kentz v. City of Mobile*, 120 Ala. 634, 24 South. 952. We think that the qualification fixed by the act is sanctioned by this court in the case of *Finklea v. Farish*, 160 Ala. 230, 49 South. 366, and which said case was reaffirmed in the case of *State, ex rel. Brassell v. Teasley*, 194 Ala. 574, 69 South. 723, wherein it was pointed out that the case of *Kentz v. Mobile, supra*, and *Dorsey's Case*, 7 Port. 293, were not opposed thereto, as they dealt with a section, or clause, of previous Constitutions which had been omitted from the Constitution of 1901.

The judgment of the circuit court is affirmed.

McClellan, Sayre, and Thomas, JJ., concur.